IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
FEB 27 2006
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

| | |
|---|---|
| CHRISTOPHER SCOTT EMMETT,<br><br>*Petitioner,*<br><br>v.<br><br>WILLIAM PAGE TRUE, Warden,<br>Sussex I State Prison,<br><br>*Respondent.* | CIVIL ACTION NO. 7:05cv00329<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that Respondent's Motion to Dismiss is hereby GRANTED and Petitioner's Petition for a Writ of Habeas Corpus is hereby DENIED. Petitioner's Motion for the Appointment of Mental Health Expert is therefore DENIED as moot.

It is so ORDERED.

The Clerk is hereby directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

February 27, 2006
Date

38