CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

APR 19 2006

JOHN F CORCORAN, CLERK
BY
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER SCOTT EMMETT,<br><br>                    *Petitioner,*<br><br>v.<br><br>WILLIAM PAGE TRUE, Warden,<br>Sussex I State Prison,<br><br>                    *Respondent.* | CIVIL ACTION NO. 7:05cv00329<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that Petitioner's Rule 59(e) Motion to Alter or Amend the Court's Order of February 27, 2006 is hereby DENIED.

It is so ORDERED.

The Clerk is hereby directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

ENTERED: _/s/ Norman K. Moon_
U.S. District Judge

_April 19, 2006_